**Frank M. RICH, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 11619.**

United States Court of Appeals,
Fourth Circuit.

June 13, 1968.

Before HAYNSWORTH, Chief Judge,
and CRAVEN and BUTZNER, Circuit
Judges.

MEMORANDUM DECISION

PER CURIAM.

Frank M. Rich, a federal prisoner,
seeks to appeal an order of the District
Court (Hoffman, J.) denying his motion to vacate sentence under 28 U.S.C.
§ 2255. In 1958 Rich was convicted by
a jury of kidnapping and was sentenced
to life imprisonment. On appeal, this
court affirmed. Rich v. United States,
261 F.2d 536 (4th Cir.) cert. den. 359
U.S. 946, 79 S.Ct. 731, 3 L.Ed.2d 678
(1958).

In 1963 Rich petitioned the District
Court for § 2255 relief, raising some new
issues and repeating many raised in his
direct appeal. The district judge appointed counsel, and, after several pretrial conferences, the issues were limited
to four:

(1) Was court appointed counsel adequate at trial;

(2) Was there an adequate record on
appeal;

(3) Was Rich prejudiced by permitting the jury to separate at trial;
and

(4) Did the court err by propounding
certain voir dire questions?

In July of 1965 the court summoned
the surviving jurors and held a hearing
on the third issue raised. Eleven jurors
were gathered, and were each questioned
by Rich's attorneys.

Then, in July of 1966, Rich was given
a full hearing on the balance of his contentions, and, in a lengthy opinion, 330
F.Supp. 949, the district court denied relief. We have reviewed the transcripts
of both hearings, of Rich's trial, and of
various mesne proceedings connected
with this litigation and agree that relief
was properly denied for the reasons stated in the opinion of the District Court.

The appeal is dismissed.